*Kimberly L.*, pro se, and *Anthony L.*, pro se, in support of the petition.

Decided April 29, 2010

STATE OF CONNECTICUT *v.* WAYNE A. RAE, JR.

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 740 (AC 29563), is denied.

*Christopher Y. Duby*, special public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided May 5, 2010

SARA S. MARSHALL *v.* STEPHEN P. MARSHALL*

The defendant's petition for certification for appeal from the Appellate Court, 119 Conn. App. 120 (AC 30207), is granted, limited to the following issue:

"Did the Appellate Court properly limit its remand order to a rehearing only on the trial court's orders concerning the parties' tangible personal property?"

The Supreme Court docket number is SC 18608.

*Kenneth J. Bartschi* and *Karen L. Dowd*, in support of the petition.

Decided May 5, 2010